IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:23–CR-74** |
| vs. | **ORDER ON REQUEST FOR TRANSCRIPT** |
| ADAM E. SCHENKELBERG, | |
| Defendant. | |

This matter is before the Court on the Request for Transcript filed by nonparty Michelle J. Schenkelberg. Filing 41. The request for transcript is granted, provided Ms. Schenkelberg contacts Rogene Schroder, 118 S. 18th Plaza, Suite 3129, Omaha, NE, 68102, and makes financial arrangements for obtaining the transcript. Otherwise, the request is denied. Accordingly,

IT IS ORDERED that the Request for Transcript filed by nonparty Michelle J. Schenkelberg, Filing 41, is granted as to the transcript under the conditions described above, and is otherwise denied. The Clerk shall mail a copy of this Order to Michelle J. Schenkelberg at the address provided in Filing 41.

Dated this 10th day of September, 2024.

BY THE COURT:

Brian C. Buescher
United States District Judge